In the Matter of R. RODNEY WASHINGTON, a Suspended Attorney, Appellant.

Decided October 21, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of JAMES ARGENTINA, Appellant, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted September 8, 2014; decided October 23, 2014

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]). Motion for poor person relief dismissed as academic.

ANTHONY BRANHAM, SR., Appellant, v R.V. AMBULETTE, INC., et al., Respondents.

Submitted September 2, 2014; decided October 23, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.